IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**RICHARD DANIEL ST. CLAIR, JR.,**

    Plaintiff,

vs.                                      Case No. 4:08cv12-RH/WCS

**JUDGE PETER ESTRADA,
HIGHLANDS COUNTY COURTS,**

    Defendant.

                                   /

## REPORT AND RECOMMENDATION

Plaintiff, who is proceeding *pro se*, has filed a civil rights complaint under 42 U.S.C. § 1983, a motion to proceed *in forma pauperis*, doc. 2, and a supporting affidavit, doc. 3. Plaintiff resides in the State of Virginia, and the named Defendant is a state judge in Sebring, Florida. Doc. 1. Sebring is in Highlands County, Florida, which is not within the territorial jurisdiction of this Court; rather, Highlands County is located within the Southern District of Florida. Thus, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(c) is in the United States District Court for the Southern District of Florida, Ft. Pierce Division.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought." The Court may

also raise the issue of defective venue *sua sponte*. <u>Lipofsky v. New York State Workers Comp. Bd.</u>, 861 F.2d 1257, 1259 (11th Cir. 1988) (stating "a district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction; but the court may not dismiss without first giving the parties an opportunity to present their views on the issue.")

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Southern District of Florida, Ft. Pierce Division, for all further proceedings including a ruling on the *in forma pauperis* motion.

**IN CHAMBERS** at Tallahassee, Florida, on January 11, 2008.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**